United States District Court
District of Connecticut
FILED AT BRIDGEPORT

2/1, 2024

By Joanne Pesta
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-23-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23CR135 (RNC) |
| | VIOLATIONS: |
| v. | 18 U.S.C. § 1349<br>(Conspiracy to Commit Mail and Wire Fraud) |
| RICHARD FASANELLA | 18 U.S.C. § 1341 (Mail Fraud) |
| | 18 U.S.C. § 1343 (Wire Fraud) |
| | 18 U.S.C. § 1956(h)<br>(Conspiracy to Commit Money Laundering and Illegal Monetary Transactions) |
| | 18 U.S.C. § 1956(a)(1)(B)(i)<br>(Money Laundering) |
| | 18 U.S.C. § 1957 (Illegal Monetary Transactions) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |

<u>AMENDED INDICTMENT</u>

The Grand Jury charges:

<u>COUNT ONE</u>
(Conspiracy to Commit Mail and Wire Fraud)

<u>Background</u>

At all times relevant to this Indictment:

1.  Defendant RICHARD FASANELLA ("FASANELLA") was a citizen of the United States living in Venezuela.

2. Moises Prieto ("Prieto"), who is charged separately for violating Title 18, United States Code, Section 1960 (Operating an Unlicensed Money Transmitting Business), was a resident of Milford, Connecticut. Prieto was an associate of FASANELLA.

3. Jonah Stepakoff ("Stepakoff"), who is charged separately for violating Title 18, United States Code, Section 1960 (Operating an Unlicensed Money Transmitting Business), was a resident of Bridgeport, Connecticut. Stepakoff was an associate of FASANELLA.

4. Green Line Global Solutions LLC ("Greenline") was a limited liability company registered in the State of Florida. FASANELLA was a registered agent and Stepakoff was a manager and authorized representative.

5. Blockchain Technology Solutions Inc. ("Blockchain") was a corporation registered in the State of Florida and the State of Delaware. FASANELLA was a registered agent in the Florida registration and an officer and director in the Delaware registration.

6. Ramkhar Holdings, LLC ("Ramkhar") was a limited liability company registered in the State of Connecticut. Prieto was the managing member.

7. Tagus Holdings Inc. ("Tagus") was a corporation organized under the laws of Puerto Rico. FASANELLA was the designated resident agent and director.

8. Universal Adventure LLC ("Universal") was a limited liability company organized in the State of Connecticut. Stepakoff was the registered agent and manager.

The Conspiracy

9. Beginning in or before 2019, and continuing through the date of this Indictment, in the District of Connecticut and elsewhere, FASANELLA, knowingly and with the specific intent to defraud, did combine, conspire, confederate, and agree with others known and unknown to the Grand

Jury to commit mail fraud, in violation of Title 18, United States Code, Section 1341, and wire fraud, in violation of Title 18, United States Code, Section 1343.

10.     The object and purpose of the conspiracy was for FASANELLA and his coconspirators to enrich themselves by knowingly devising and intending to devise a scheme to defraud others and to obtain money and property from others by means of materially false and fraudulent pretenses, representations, and promises, and to use both the mail and interstate wires in execution of that scheme.

Manner and Means of the Scheme and Conspiracy

11.     It was part of the scheme and conspiracy that coconspirators contacted private, primarily elderly, individuals in the United States (the "victims") via the Internet and telephone and, through a variety of means, fraudulently induced the victims to (i) send cash, money orders, and checks through the U.S. mail and private and commercial interstate carriers to specified addresses and recipients; (ii) wire money from bank accounts controlled by victims living outside of Connecticut to bank accounts controlled by FASANELLA and his associates in the District of Connecticut and elsewhere; and (iii) deposit money directly into bank accounts controlled by FASANELLA and others.

12.     It was part of the scheme and conspiracy that FASANELLA would apply for an Employer Identification Number ("EIN"), also known as a Federal Tax Identification Number, for various businesses. FASANELLA and his associates would use the EINs to open business bank accounts in the names of those businesses, which would then be used to move the money fraudulently received from the scheme and conspiracy.

13.     It was part of the scheme and conspiracy that coconspirators would use various online scams, including romance scams, to fraudulently induce victims to provide money, gifts, or personal details. As described in more detail below, coconspirators perpetrated romance scams by using false identities and feigned relationships to induce victims to send money and property.

14. It was part of the scheme and conspiracy that FASANELLA and others would retain a portion of the fraudulently obtained money and pass the rest of the money to others, primarily through cryptocurrency.

15. Through this scheme and conspiracy, FASANELLA and others defrauded dozens of victims out of millions of dollars.

16. For example, they fraudulently obtained money from, but not limited to, the following victims in the following manner:

Victim A.W.

17. A victim referred to here by the initials "A.W.," whose identity is known to the Grand Jury, was a 52-year-old female resident of Ohio.

18. A.W. was a victim of a romance scam. In or about June 2019, A.W. received an instant message through Instagram from a coconspirator claiming to be "Alex Lushnikov." Lushnikov communicated with A.W. via Google Hangouts and other electronic means. Lushnikov claimed he worked for the United Nations in Afghanistan. A.W. believed that she was in a romantic relationship with Lushnikov and, based on their conversations, that Lushnikov was going to retire from the United Nations and come to the United States to visit her.

19. Based on statements made by Lushnikov, on or about July 8, 2019, A.W. communicated with the email address unvacation1@consultant.com, to request that Lushnikov receive leave to visit her in Ohio. On or about July 12, 2019, a coconspirator, using unvacation1@consultant.com, falsely told A.W. that she would need to pay a $1,725 processing fee for Lushnikov's trip. Based on this communication, on or about July 15, 2019, A.W. wired $1,725 to an account at Municipal Credit Union. On or about July 17, 2019, a coconspirator using unvacation1@consultant.com falsely told A.W. that they needed $4,300 for Lushnikov's plane ticket.

Based on this communication, on or about July 19, 2019, A.W. wired $4,300 to an account at Municipal Credit Union.

20. Based on further communications with Lushnikov and a coconspirator using the email address unvacation1@consultant.com, A.W. believed that that Lushnikov needed money to secure $7 million in retirement benefits from the United Nations. Based on these fraudulent communications, on or about August 12, 2019, A.W. wired $19,000 to a Bank of America bank account with account number ending in 5640 maintained in the name of Green Line Global and controlled by FASANELLA (the "Green Line Bank of America 5640 account").

21. On or about August 13, 2019, FASANELLA transferred $17,350 from the Green Line Bank of America 5640 account to a Bank of America account with account number ending in 2361, maintained in the name of Blockchain Technology Solutions Inc. (the "Blockchain Bank of America 2361 account"). On or about August 13, 2019, FASANELLA wire transferred $17,520 from the Blockchain Bank of America 2361 account to a Paxos Trust Company ("Paxos") account maintained in the name of Blockchain Technology Solutions, Inc. FASANELLA was the sole registrant on the Paxos account.

22. On or about August 16, 2019, a coconspirator, using the email unvacation1@consultant.com, falsely told A.W. that she needed to wire another $19,000. Based on the fraudulent statements, on or about August 28, 2019, A.W. wired $19,000 to the Green Line Bank of America 5640 account.

23. On or about August 28, 2019, FASANELLA transferred $18,000 from the Green Line Bank of America 5640 account to the Blockchain Bank of America 2361 account. On or about August 29, 2019, FASANELLA wired $18,686 to a Paxos account maintained in the name of Blockchain.

24. Based on additional false statements from coconspirators, on or about October 9, 2019, A.W. wired $35,370 to a Wells Fargo bank account with account number ending in 3429, maintained in the name Ramkhar Holdings, LLC and controlled by Prieto (the "Ramkhar Wells Fargo 3429 account").

25. On or about October 10, 2019, at FASANELLA's direction, Prieto wrote a $34,295 check from the Ramkhar Wells Fargo 3429 account made payable to Tagus Holdings Inc. On or about October 10, 2019, Prieto deposited this check at a Citibank branch located in Connecticut, into a Citibank account with account number ending in 8219, maintained in the name of Tagus Holdings Inc. (the "Tagus Citibank 8219 account"). On or about October 15, 2019, FASANELLA wired $36,340 from the Tagus Citibank 8219 account to a Paxos account maintained in the name of Tagus.

26. Based on additional false statements from coconspirators, on or about November 18, 2019, A.W. wired $150,000 to the Ramkhar Wells Fargo 3429 account. On or about November 22, 2019, at FASANELLA's direction, Prieto wired $163,550 from the Ramkhar Wells Fargo 3429 account to a Navy Federal Credit Union account with account number ending in 3836, maintained in the name of Blockchain Technology Solutions Inc. (the "Blockchain NFCU 3836 account"). On or about November 26, 2019, FASANELLA wired $156,800 from the Blockchain NFCU 3836 account to the Blockchain Paxos account.

<u>Victim M.K.</u>

27. A victim known here by initials "M.K.," whose identity is known to the Grand Jury, was a 60-year-old female resident of Texas.

28. M.K. was a victim of a romance scam. In or about December 2019, M.K. met a coconspirator claiming to be "James Don" through the social media platform Facebook and proceeded to communicate with Don through Google Hangouts and email. Over time, Don, and others pretending

to be associated with Don, gained M.K.'s trust and fraudulently convinced M.K. that Don needed money for various reasons. M.K. complied with these requests.

29.     For example, on or about May 12, 2020, M.K. wired $18,578 to a Wells Fargo Bank account with account number ending in 6635, maintained in the name of Universal Adventure LLC (the "Universal Wells Fargo 6635 account"). On or about May 13, 2020, at FASANELLA's direction, Stepakoff wrote a check for $17,500 from the Universal Wells Fargo 6635 account, made payable to Tagus Holdings. On May 13, 2020, Stepakoff deposited this check at a Citibank branch in Connecticut, into the Tagus Citibank 8219 account. On or about May 19, 2020, FASANELLA wired $33,000 from the Tagus Citibank 8219 account to a Tagus Paxos account.

30.     Eventually, M.K. learned that Don was defrauding her.

### Victim J.K.

31.     A victim known here by the initials "J.K.," whose identity is known to the Grand Jury, was a 56-year-old male resident of Nebraska.

32.     J.K. was a victim of a romance scam. In or after July 2019, J.K. met a conspirator claiming to be "Brenda Palacio" through an online dating website. Palacio communicated with J.K. via Google Hangouts and other electronic means. Palacio told J.K. that she was in the military in Afghanistan but was originally from Texas. Palacio stated that she was having trouble getting back to the United States and getting her personal items shipped home. Palacio convinced J.K. that her personal property was stuck in customs and that she needed financial assistance to retrieve the items. As a result of this request and other false statements, J.K. sent more than $150,000 to FASANELLA and others.

33.     For example, on or about April 27, 2020, J.K. purchased three money orders for a total of $2,500. On or about April 27, 2020, J.K. mailed the money orders via the United States Postal

Service to FASANELLA at Prieto's Milford, Connecticut address. On or about April 29, 2020, Prieto deposited the money orders into the Tagus Citibank 8219 account.

34. As a further example, on or about May 5, 2020, J.K. purchased two money orders for $1,000 each. On or about May 5, 2020, J.K. mailed the money orders via the United States Postal Service to FASANELLA at Prieto's Milford, Connecticut address. On or about May 8, 2020, Prieto deposited the money orders into the Tagus Citibank 8219 account.

35. As a further example, on or about May 22, 2020, J.K. purchased at least three money orders for a total of $2,650. On or about May 22, 2020, J.K. mailed the money orders via the United States Postal Service to FASANELLA at Prieto's Milford, Connecticut address. On or about May 28, 2020, Prieto deposited the money orders into the Tagus Citibank 8219 account.

### Victim I.B.

36. A victim known here by initials "I.B.," whose identity is known to the Grand Jury, was a 57-year-old female resident of Wyoming.

37. I.B. was a victim of a romance scam. In or about April 2020, I.B. received a friend request through Facebook from a coconspirator purporting to be "Kelvin James." I.B. communicated with James via Google Hangouts and other electronic means. James claimed that he was serving in the U.S. military in Yemen and that his unit was involved with a United Nations mission. James asked I.B. to send money so that he could get vacation permits approved by the United Nations.

38. Based on James's fraudulent statements, on or about May 19, 2020, and on or about June 17, 2020, I.B. wired "Kelven James" $10,000 and $20,000, respectively, to an HSBC account with account number ending in 5115 in the name of Blockchain Technology Solutions.

39. Further based on James's fraudulent statements, on or about June 22, 2020, I.B. wired $10,250 to the Ramkhar Wells Fargo 3429 account. On or about June 23, 2020, Prieto, at

FASANELLA's direction, wire transferred $12,850 from the Ramkhar Wells Fargo 3429 account to a Paxos account in the name of Ramkhar Holdings LLC.

40. Further based on James's fraudulent statements, on or about July 3, 2020, I.B. wired $20,000 to a Bank of America account with account number ending in 5545 maintained in the name of Universal Adventure LLC (the "Universal Bank of America 5545 Account"). On or about July 7, 2020, at FASANELLA's direction, Stepakoff wrote a $15,000 check from the Universal Bank of America 5545 account made payable to Tagus Holdings. On or about July 7, 2020, Stepakoff deposited this check at a Citibank branch in Connecticut, into the Tagus Citibank 8219 account. On or about July 8, 2020, FASANELLA wired $49,500 from the Tagus Citibank 8219 account to the Tagus Paxos account.

## Victim A.J.

41. A victim known here by initials "A.J.," whose identity is known to the Grand Jury, was a 52-year-old female resident of Tennessee.

42. A.J. was a victim of a romance scam. In or about December 2020, A.J. received a friend request through Facebook from "Curtis Robbs."

43. In or about August 2021, Robbs fraudulently claimed that he was in Yemen and received gold bars. Robbs claimed that he would give the gold to A.J., but that he needed money to pay taxes and fees. Based on these fraudulent statements, on or about August 5, 2021, A.J. purchased a $36,000 BB&T cashier's check made payable to Targus Holding Inc. On or about August 5, 2021, A.J. mailed this cashier's check via UPS, a private and commercial interstate carrier, to Prieto's address in Milford, Connecticut. On or about August 6, 2021, Prieto deposited this cashier's check at a Citibank branch in Bridgeport, Connecticut into the Tagus Citibank 8219 account.

44. On or about August 7, 2021, A.J. purchased a $52,800 BB&T cashier's check made payable to Targus Holdings Inc. On or about August 7, 2021, A.J. mailed the cashier's check via UPS, a private and commercial interstate carrier, to Prieto's address in Milford, Connecticut. On or about August 9, 2021, Prieto deposited this cashier's check at a Citibank branch in Bridgeport, Connecticut into the Tagus Citibank 8219 account.

45. On or about August 10, 2021, FASANELLA wire transferred $49,000 from the Tagus Citibank 8219 account to a Paxos account maintained in the name of Tagus Holdings, Inc. On or about August 16, 2021, FASANELLA wire transferred $49,400 from the Tagus Citibank 8219 account to a Paxos account maintained in the name of Tagus Holdings.

46. On or about August 18, 2021, A.J. purchased a BB&T cashier's check made payable to Tagus Holdings Inc. in the amount of $25,000. On or about August 19, 2021, A.J. mailed this cashier's check via UPS, a private and commercial interstate carrier, to Prieto's address in Milford, Connecticut. On or about August 24, 2021, Prieto deposited this cashier's check at a Citibank branch in Bridgeport, Connecticut into the Tagus Citibank 8219 account. On or about August 30, 2021, FASANELLA wire transferred $39,000 from the Tagus Citibank 8219 account to the Tagus Paxos account.

All in violation of Title 18, United States Code, Section 1349.

COUNTS TWO THROUGH FIVE
(Mail Fraud)

47. Paragraphs 1 through 46 are incorporated by reference.

48. From in or about 2019, and continuing through the date of this Indictment, in the District of Connecticut and elsewhere, FASANELLA, knowingly and with the specific intent to defraud, devised and intended to devise a scheme and artifice to defraud others and obtain money and property of others by means of materially false and fraudulent pretenses, representations, and

promises, that is, by inducing people to send money to FASANELLA and his associates through romance and other online scams, as described above.

49. On or about the dates listed below, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the scheme and artifice, FASANELLA knowingly caused to be delivered by mail and private and commercial interstate carrier the following matters, each of which is a separate count of this Indictment:

| Count | Date | Means of Delivery | Matter |
|---|---|---|---|
| 2 | April 27, 2020 | United States Postal Service | A package containing at least $2,500 in postal money orders mailed from victim J.K. in Nebraska to Connecticut |
| 3 | May 5, 2020 | United States Postal Service | A package containing at least $2,000 in postal money orders mailed from victim J.K. in Nebraska to Connecticut |
| 4 | May 22, 2020 | United States Postal Service | A package containing at least $2,650 in postal money orders mailed from victim J.K. in Nebraska to Connecticut |
| 5 | August 5, 2021 | UPS | A packaged containing a $36,000 check mailed from victim A.J. in Tennessee to Connecticut |

All in violation of Title 18, United States Code, Section 1341.

## COUNTS SIX THROUGH TEN
(Wire Fraud)

50. Paragraphs 1 through 49 are incorporated by reference.

51. From in or about 2019, and continuing through the date of this Indictment, in the District of Connecticut and elsewhere, FASANELLA, knowingly and with the specific intent to defraud, devised and intended to devise a scheme and artifice to defraud others and to obtain money and property of others by means of materially false and fraudulent pretenses, representations, and

promises, that is, by inducing people to send money to FASANELLA and his associates through romance and other online scams, as described above.

52. On or about the dates listed below, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the scheme and artifice, FASANELLA did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce certain writings, signs, signals, pictures, and sounds, as set forth below, each such use of the wires constituting a separate count of this Indictment:

| Count | Date | Description of the use of the interstate wires |
|---|---|---|
| 6 | October 9, 2019 | Victim A.W. wired $35,370 to the Ramkhar Wells Fargo 3429 account. |
| 7 | December 11, 2019 | WhatsApp message from FASANELLA to Stepakoff: "EIN no we can open an act go to wells fargo when u get a chance" |
| 8 | May 3, 2020 | WhatsApp message from FASANELLA to Stepakoff: "400 for you and 100 to open the act at bank of america" |
| 9 | May 12, 2020 | Victim M.K. wired $18,578 to the Universal Wells Fargo 6635 account |
| 10 | July 3, 2020 | Victim I.B. wired $20,000 to the Universal Bank of America 5545 account |

All in violation of Title 18, United States Code, Section 1343.

COUNT ELEVEN
(Conspiracy to Commit Money Laundering and Illegal Monetary Transactions)

53. Paragraphs 1 through 52 are incorporated by reference.

54. From in or around 2019, and continuing through the date of this Indictment, in the District of Connecticut and elsewhere, FASANELLA did knowingly combine, conspire, confederate,

and agree with others known and unknown to the Grand Jury to commit offenses under Title 18, United States Code, Sections 1956 and 1957, that is,

      a.    to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, involving the proceeds of specified unlawful activity, that is, mail and wire fraud and conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Sections 1341, 1343, and 1349, knowing that the property involved in such financial transactions represented the proceeds of some form of unlawful activity, and knowing that such transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

      b.    to knowingly engage and attempt to engage in monetary transactions by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property that was of a value greater than $10,000, that is, the deposit, withdrawal, transfer, and exchange of United States currency, funds, and monetary instruments, such property having been derived from specified unlawful activity, that is, mail and wire fraud and conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Sections 1341, 1343, and 1349, in violation of Title 18, United States Code, Section 1957.

All in violation of Title 18, United States Code, Section 1956(h).

COUNTS TWELVE THROUGH SIXTEEN
(Money Laundering)

55.    On or about the dates set forth below, in the District of Connecticut and elsewhere, FASANELLA did knowingly conduct and attempt to conduct the following financial transactions affecting interstate commerce, by, through, and to a financial institution, involving the proceeds of specified unlawful activity, that is, mail and wire fraud and conspiracy to commit mail and wire fraud,

in violation of Title 18, United States Code, Sections 1341, 1343, and 1349, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, FASANELLA knew that the property involved in the financial transactions represented proceeds of some form of unlawful activity:

| Count | Date | Monetary Transaction |
|---|---|---|
| 12 | October 10, 2019 | Deposit of $34,295 check from the Ramkhar Wells Fargo 3429 account into the Tagus Citibank 8219 account |
| 13 | April 29, 2020 | Deposit of three money orders received from victim J.K. into the Tagus Citibank 8219 account |
| 14 | May 13, 2020 | Deposit of $17,500 check from the Universal Wells Fargo 6635 account into the Tagus Citibank 8219 account |
| 15 | May 28, 2020 | Deposit of at least three money orders from victim J.K. into the Tagus Citibank 8219 account |
| 16 | July 7, 2020 | Deposit of $15,000 check from the Universal Bank of America 5545 account into the Tagus Citibank 8219 account |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

COUNTS SEVENTEEN THROUGH NINETEEN
(Illegal Monetary Transactions)

56.    On or about the dates set forth below, in the District of Connecticut and elsewhere, FASANELLA did knowingly engage and attempt to engage in monetary transactions, by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property that was of a value greater than $10,000, that is, the transactions indicated below, such property having been derived from specified unlawful activity, that is mail and wire fraud and conspiracy to commit

mail and wire fraud, in violation of Title 18, United States Code, Sections 1341, 1343, and 1349, as described in this Indictment, each transaction constituting a separate count:

| Count | Date | Monetary Transaction |
|---|---|---|
| 17 | November 22, 2019 | $163,550 wire from the Ramkhar Wells Fargo 3429 account to the Blockchain NFCU 3836 account |
| 18 | August 9, 2021 | ATM Deposit of $52,800 cashier's check sent by victim A.J. into the Tagus Citibank 8219 account |
| 19 | August 24, 2021 | ATM Deposit of $25,000 cashier's check sent by victim A.J. into the Tagus Citibank 8219 account |

All in violation of Title 18, United States Code, Sections 1957 and 2.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

*Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Heath C*
HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY